Nonconformity was apparent upon casual glance. It might not make its own numerical selection for rejection, and upon that base its rescission. Failing to prove by a preponderance of evidence its rejection, by offer to return, and consequent rescission, it had no right arbitrarily to refuse to accept the tender of the remainder of the goods, for which this action was brought, concededly conforming to its order. Cahen v. Platt, 69 N. Y. 348, 25 Am. Rep. 203. Judgment, therefore, for the defendant, was error, and should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

McCARTHY, Respondent, v. TRASK, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Dennis McCarthy against Spencer Trask. No opinion. Judgment unanimously affirmed, with costs.

McCARTHY, Respondent, v. TRASK, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Dennis McCarthy against Spencer Trask. No opinion. Motion denied.

In re McCORMICK. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) In the matter of Henry J. McCormick, an attorney. No opinion. Upon reading and filing certified copy of the record of conviction of said Henry J. McCormick of a felony, he is disbarred and removed from his office of attorney and counselor at law, and his name ordered stricken from the roll of attorneys and counselors.

McELFATRICK, Respondent, v. McELFATRICK, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by William H. McElfatrick against Margaretta E. McElfatrick. E. A. Alexander, for appellant. I. M. Dittenhoefer, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

McGARRY, Respondent, v. McGARRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Anna L. McGarry against Daniel P. McGarry.

PER CURIAM. Judgment modified, by striking out the allowance of $75 as counsel fees, and further modified by inserting therein a provision that the plaintiff shall be allowed to occupy the premises and have the use of the furniture upon the terms specified in the judgment, only so long as the defendant consents thereto; and, as so modified, the judgment is affirmed, with costs to respondent.

McLENNAN, P. J., dissents, and votes for affirmance, except as to the provision as to counsel fees.

McGEE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Hugh McGee against the city of New York. J. M. Grossman, for appellant. T. Connoly, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., dissents.

McGETTRICK, Respondent, v. STATEN ISLAND RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Patrick McGettrick against the Staten Island Railway Company and others.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and HOOKER, JJ., dissent.

McHOSE v. GRUEBY FAIENCE CO. (Supreme Court, Appellate Term. December 9, 1908.) Appeal from City Court of New York, Trial Term. Action by Lucius H. McHose against the Grueby Faience Company. Judgment for plaintiff, and defendant appeals. Affirmed. Cary & Robinson, for appellant. C. A. Wilson, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

MacLEAN, J. (dissenting). Neither assertions on information and belief respecting functions of one Garrison, called by the plaintiff the defendant's managing agent, nor assertions respecting talks over the telephone with an unknown person, prove anything to contradict the positive statements of persons deposing as from knowledge.

McKENZIE v. ALBANY & H. R. CO. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Appeal from Trial Term, New York County. Action by Violet S. McKenzie, executrix of Clarence McKenzie, against the Albany & Hudson Railroad Company. From an order denying a motion for a change of venue, defendant appeals. Reversed, and motion granted. Glenn M. Congdon, for appellant. Noah A. Stancliffe, for respondent.

PER CURIAM. We think this action should be tried in the county in which the accident occurred and which is more convenient to a majority of the witnesses. Order should be reversed, with $10 costs and disbursements, and the motion granted.

McKINNEY, Respondent, v. IRELAND et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908). Action by Francis W. McKinney against J. De Courey Ireland and another. H. Goldstein, for appellants. J. C. Rowe, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN v. MOESER. (Supreme Court. Appellate Division, First Department. November 27, 1908.) Action by Thomas J. Mc-